UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

YOUSEF ELAMRI KADMIRI,

Plaintiff,

v.

CITY OF SAN BERNADINO, *et al.*,

Defendants.

Case No. 2:26-cv-00257-MMD-DJA

ORDER

*Pro se* Plaintiff Yousef Elamri Kadmiri filed an application to proceed *in forma pauperis* (ECF No. 1 ("IFP Application")) and a civil rights complaint (ECF No. 1-1 ("Complaint")). Because Plaintiff's IFP Application was deficient, Plaintiff was directed to correct and file a proper IFP or pay the filing fee by May 26, 2026. (ECF No. 3.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Daniel J. Albregts, recommending that the case be dismissed without prejudice. (ECF No. 4.) Plaintiff had until October 20, 2026 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Albregts did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations."). As Judge Albregts stated in the R&R, Plaintiff failed to comply with the Court's order to correct the identified deficiencies in his IFP Application by the deadline, despite the Court's warning that failure to do so would result in dismissal. (ECF Nos. 3 at 6; 4 at 1.) Therefore, the Court will adopt Judge Albregts' recommendation to dismiss the case.

It is therefore ordered that Judge Albregts' Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice.

The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 22nd Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE